UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAWN M. RHODES,

    Plaintiff,

v.

                            Case No. 1:21-cv-995

JACOB WEST,                      HONORABLE PAUL L. MALONEY

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff initiated his lawsuit on November 23, 2021. On November 30, 2021, the Magistrate Judge issued a Report and Recommendation, recommending that the action be dismissed upon initial screening pursuant to 28 U.S.C. § 1915(e)(2). The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 5) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Complaint is DISMISSED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), overruled on other grounds by *Jones v. Bock*, 549 U.S. 199,

206, 211-12 (2007).  Should Plaintiff appeal this decision, the $505.00 appellate filing fee pursuant to Section 1915(b)(1) will be assessed.  *See id.*

      A Judgment will be entered consistent with this Order.


Dated:  December 30, 2021                          /s/ Paul L. Maloney  
                                                                                 Paul L. Maloney  
                                                                                  United States District Judge