UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAWN M. RHODES,

    Plaintiff,

v.

                                            Case No. 1:21-cv-995

JACOB WEST,
                                            HONORABLE PAUL L. MALONEY

    Defendant.
_____/

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered.


Dated:  December 30, 2021                                      /s/ Paul L. Maloney
                                                                            Paul L. Maloney
                                                                             United States District Judge